# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Timothy Wayne Hedrick**,** | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:11-CV-00113-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2013, Order.

June 4, 2013

Frank G. Johns, Clerk
United States District Court